UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN M. DIEZ,

    Petitioner,

v.                                           Case No. 6:06-cv-15-Orl-19DAB
                                                    (6:97-cr-1-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. section 2255 (Doc. No. 1, filed January 3, 2005); however, Petitioner previously filed Case No. 6:01-cv-1355-Orl-19DAB in this Court seeking relief under section 2255, which was dismissed with prejudice by the Court. Thus, the present motion is a second or successive application for relief. Before Petitioner will be permitted to file a second or successive section 2255 motion in this Court, Petitioner must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the motion. *See* 28 U.S.C. §§ 2244, 2255. For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that section 2255 limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive motion.

Furthermore, section 2255 imposes a time limitation on the filing of a motion. Petitioner, in seeking relief in the Court of Appeals, should be cognizant of both of these provisions.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this  18th   day of January, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 1/18
Juan M. Diez