UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN M. DIEZ,

    Petitioner,

-vs-                                            Case No.  6:06-cv-15-Orl-19DAB
                                            (Criminal Case No.:  6:97-cr-1-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR RECONSIDERATION (Doc. No. 3)** |
| **FILED:** | **February 2, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner's prior section 2255 motion was denied and dismissed with prejudice.

**DONE AND ORDERED** at Orlando, Florida this __6th_____ day of February, 2006.

                                                    PATRICIA C. FAWSETT, CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT

Copies to:
pslc 2/6
Juan M. Diez